## WILLIAMS v. THE STATE.

By the 29th and 30th Sec. 9th Art. of the Act concerning crimes and punishments, the jurisdiction of the circuit court over offences punishable only by fines not exceeding a hundred dollars, is taken away. Such offences are therefore not indictable.

Statement of the case made, and opinion of the court delivered by TOMPKINS J.

This was an indictment found at the February term of the circuit court of Carroll county, for the year 1836.

Statement of the case.

MAY TERM
1837.

Williams
v.
The State.

The defendant is charged with betting at a game of chance, under the 16th section of the 9th article of the Act concerning Crimes and Punishments, in force the 1st December, 1835. The defendant demurred to the indictment, and the court overruling the demurrer, sentenced the defendant to pay a fine of five dollars.

For appellant, *T. C. Burch* and *John Wilson*.

TOMPKINS J.

By the 29th and 30th sec. 9th Art. of the Act concerning Crimes and Punishments, the jurisdiction of the circuit court over offences punishable only by fines not exceeding a hundred dollars, is taken away. Such offences are therefore not indictable.

The section above referred to provides that every person offending, &c. shall be adjudged guilty of a misdemeanor, and be punished by fine not exceeding twenty dollars. By the 29th section of the 9th article of the same act, it is provided, that when any offence punishable by fine only, and such fine is limited to one hundred dollars, shall be committed by any person other than a slave, such fine shall be recovered by action of debt, to the use of the county, before any justice of the peace of the county in which the offence is committed. It seems to this court, that the Legislature by giving the action of debt before justices of the peace to recover fines imposed under this act, for the commission of offences not punished by imprisonment, nor by a fine amounting to more than one hundred dollars, meant to exclude the criminal jurisdiction of the circuit court. The strong language used in the 30th section of the 6th article of the same act, seems to confirm us, rather in this opinion. By that section it is provided, that the circuit courts shall have exclusive original jurisdiction in all cases of felony, and of all offences not herein expressly declared to be cognizable before a justice of the peace. The judgment of the circuit court, is therefore, reversed with costs.

